UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YISROEL BRODY, *individually and on behalf of all others similarly situated*,

                        Plaintiff(s),

-against-

BRAUNFOTEL & FRENDEL, LLC,

                        Defendant(s).

**ORDER**

No. 23 CV 7763 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared today by telephone for an initial conference. As discussed on the record, to assist the Court in its review of standing in this action, plaintiff is directed to file a letter via ECF by December 21, 2023 advising whether he claims any concrete, particularized injury in fact from the statutory violations alleged herein, and if so, shall set forth such injury/injuries with particularity. If plaintiff does not claim any such concrete injury, in light of the Supreme Court's decision in *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2203 (2021), counsel shall provide any authority or basis for plaintiff to assert standing in this action. Defendant shall file any response thereto within three business days of plaintiff's filing.

    The Court will separately docket a Civil Case Discovery Plan and Scheduling Order.

SO ORDERED.

Dated: White Plains, New York
       December 14, 2023

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge